Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

401 Market Street
Camden, NJ 08102

---

Case No.:  23−11463−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William A. Spence                          Sontay L. Spence
410 Snow Fox Lane                          410 Snow Fox Lane
Egg Harbor Township, NJ 08234              Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−6338                          xxx−xx−1401

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               5/24/23
Time:               10:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 21, 2023
JAN:

      Jeanne Naughton
      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 23-11463-ABA

William A. Spence                                                            Chapter 13

Sontay L. Spence

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 132 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Spence, Sontay L. Spence, 410 Snow Fox Lane, Egg Harbor Township, NJ 08234-8014 |
| 519844991 | + | Carmax, PO Box 6045, Carol Stream IL 60197-6045 |
| 519844995 | + | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519844997 | + | Loan Depot, PO Box 251612, Plano TX 75025-1518 |
| 519845000 | + | Mariner Finance, PO Box 44490, Nottingham MD 21236-6490 |
| 519845001 | | NJ Division of Taxation, 3 John Fitch Way 5th Floor, Trenton NJ 08611 |
| 519845004 | + | South Jersey Gas, PO Box 6091, Bellmawr NJ 08099-6091 |
| 519845005 | + | Trinity Solar, 133 Gaither Dr, Mount Laurel NJ 08054-1710 |
| 519845007 | + | Wells Fargo Card Services, PO Box 77053, Minneapolis MN 55480-7753 |
| 519845008 | + | Westgate, 5601 Windhover Dr, Orlando FL 32819-7936 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 21 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 21 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2023 21:15:43 | Exeter Finance LLC Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 21 2023 21:15:30 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519844990 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 21 2023 21:07:00 | Atlantic City Electric, Po Box 13610, Philadelphia PA 19101-3610 |
| 519851877 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 21 2023 21:07:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133/ Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519850237 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 21 2023 21:07:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 519867650 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2023 21:15:34 | Citi Bank, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519844992 | + | Email/Text: bankruptcy@sw-credit.com | Mar 21 2023 21:07:00 | Comcast, co Southwest Credit Systems, 4120 International Pkwy 1100, Carrollton TX 75007-1958 |
| 519844999 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2023 21:15:20 | Macys, DSNB, PO Box 8218, Mason OH 45040 |
| 519849908 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 21 2023 21:15:18 | Exeter Finance LLC, AIS Portfolio Services, LLC, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 132 | Total Noticed: 29 |

| | | | 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 519844993 | + Email/PDF: acg.exeter.ebn@aisinfo.com | | |
| | | Mar 21 2023 21:15:43 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving TX 75063-3228 |
| 519844994 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Mar 21 2023 21:07:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 519844996 | Email/Text: assetrecovery@jerseyshorefcu.org | | |
| | | Mar 21 2023 21:06:00 | Jersey Shore FCU, 1434 New Road, Northfield NJ 08225 |
| 519844998 | + Email/Text: camanagement@mtb.com | | |
| | | Mar 21 2023 21:07:00 | MT Bank, 1 Fountain Pl, Buffalo NY 14203-1495 |
| 519845003 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Mar 21 2023 21:15:42 | OneMain, PO Box 740594, Cincinnati OH 45274-0594 |
| 519845002 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Mar 21 2023 21:15:29 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 519845802 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 21 2023 21:15:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519845006 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | Mar 21 2023 21:07:00 | US Dept of Education GLELSI, PO Box 7860, Madison WI 53707-7860 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519867651 | | Pinnacle Svc Sol, NO ADDRESS PROVIDED |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023                 Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Sontay L. Spence mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor William A. Spence mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |

U.S. Trustee
                     USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5