53780
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Exeter Finance LLC
JM5630_____

| | |
|---|---|
| IN RE: WILLIAM A. SPENCE<br>SONTAY L. SPENCE | UNITED STATES<br>BANKRUPTCY COURT FOR<br>THE DISTRICT OF NEW JERSEY<br><br>CHAPTER: 13<br><br>CASE NO.:  23-11463 (ABA)<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS, AND DISCLOSURE STATEMENTS |

Exeter Finance LLC enters its appearance and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Exeter Finance LLC with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC

110 Marter Avenue, Suite 301

Moorestown, NJ 08057

(856) 866-0100

Exeter Finance LLC, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Exeter Finance LLC by due service upon its undersigned attorneys, Morton & Craig LLC, at the address stated above and also to it at the following address:

> Exeter Finance LLC
> 4515 N. Santa Fe Avenue
> Dept. APS
> Oklahoma City, OK 73118

Exeter Finance LLC, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/   William E. Craig

William E. Craig, Esquire
Morton & Craig LLC
Attorneys for Exeter Finance LLC

Dated: 3/26/23