UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor: Lakeview Loan Servicing, LLC

In Re:
William A. Spence
Sontay L. Spence
         Debtors

Case No:    23-11463 ABA

Chapter:    13

Hearing Date: 5/24/2023

Judge:    Andrew B. Altenburg, Jr.

## CERTIFICATION OF SERVICE

1. I, Lauren Yates-Murray:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for _____, who represents the Secured Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 12, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Objection to Confirmation of Plan
   - Filed Proof of Claim
   - Debtors' Chapter 13 Plan
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 12, 2023                    /S/Lauren Yates-Murray

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| William A. Spence<br>410 Snow Fox Lane<br>Egg Harbor Township, NJ 08234<br><br>Sontay L. Spence<br>410 Snow Fox Lane<br>Egg Harbor Township, NJ 08234 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Jeffrey E. Jenkins<br>Jenkins Law Group<br>412 White Horse Pike<br>Audubon, NJ 08106 | Attorney for Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center -<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |