UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor

In Re:

Spence, Sontay L., Debtor(s)

Case No.:  23-11463 ABA

Chapter:  13

Hearing Date:  August 23, 2023

Judge:  Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Objection to confirmation filed May 12, 2023, docket number 28.

_____

Date: August 18, 2023

/s/ Denise Carlon
Signature

*rev.8/1/15*