Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−11463−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William A. Spence
410 Snow Fox Lane
Egg Harbor Township, NJ 08234

Sontay L. Spence
410 Snow Fox Lane
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−6338

xxx−xx−1401

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      10/26/23
Time:      02:00 PM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jeffrey E. Jenkins, Debtor's Attorney, period: 3/30/2023 to 8/2/2023

COMMISSION OR FEES
Fees: $2,371.50

EXPENSES
$31.00

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 20, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 23-11463-ABA
William A. Spence | Chapter 13
Sontay L. Spence
Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 137 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Spence, Sontay L. Spence, 410 Snow Fox Lane, Egg Harbor Township, NJ 08234-8014 |
| 519844997 | + | Loan Depot, PO Box 251612, Plano TX 75025-1518 |
| 519845001 | | NJ Division of Taxation, 3 John Fitch Way 5th Floor, Trenton NJ 08611 |
| 519867651 | | Pinnacle Svc Sol, Allentown, PA 18102, NO ADDRESS PROVIDED |
| 519845005 | + | Trinity Solar, 133 Gaither Dr, Mount Laurel NJ 08054-1710 |
| 519845008 | + | Westgate, 5601 Windhover Dr, Orlando FL 32819-7936 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2023 20:45:11 | Exeter Finance LLC, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2023 20:45:14 | Exeter Finance LLC Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Sep 20 2023 20:36:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 21:10:38 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519844990 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 20 2023 20:36:00 | Atlantic City Electric, Po Box 13610, Philadelphia PA 19101-3610 |
| 519851877 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 20 2023 20:36:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133/ Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519850237 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 20 2023 20:36:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 519844991 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 20 2023 20:36:00 | Carmax, PO Box 6045, Carol Stream IL 60197 |
| 519867650 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:34:28 | Citi Bank, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519868693 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2023 20:36:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO |

Case 23-11463-ABA   Doc 39   Filed 09/22/23   Entered 09/23/23 00:15:26   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 137 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| | | | Box 280, Kirkland, WA 98083-0280 |
| 519844992 | + Email/Text: bankruptcy@sw-credit.com | Sep 20 2023 20:37:00 | Comcast, co Southwest Credit Systems, 4120 International Pkwy 1100, Carrollton TX 75007-1958 |
| 519844999 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:31 | Macys, DSNB, PO Box 8218, Mason OH 45040 |
| 519870947 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 20 2023 21:54:44 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 519849908 | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2023 20:45:33 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519844993 | + Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 20 2023 20:45:32 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving TX 75063-3228 |
| 519844994 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2023 20:36:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 519844995 | Email/Text: mail@jjenkinslawgroup.com | Sep 20 2023 20:36:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519844996 | Email/Text: assetrecovery@jerseyshorefcu.org | Sep 20 2023 20:35:00 | Jersey Shore FCU, 1434 New Road, Northfield NJ 08225 |
| 519895543 | + Email/Text: rmcdowell@slgcollect.com | Sep 20 2023 20:36:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519868228 | ^ MEBN | Sep 20 2023 20:25:12 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519844998 | + Email/Text: camanagement@mtb.com | Sep 20 2023 20:36:00 | MT Bank, 1 Fountain Pl, Buffalo NY 14203-1495 |
| 519845000 | ^ MEBN | Sep 20 2023 20:25:47 | Mariner Finance, PO Box 44490, Nottingham MD 21236-6490 |
| 519887182 | Email/PDF: cbp@omf.com | Sep 20 2023 20:45:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519845003 | + Email/PDF: cbp@omf.com | Sep 20 2023 20:44:54 | OneMain, PO Box 740594, Cincinnati OH 45274-0594 |
| 519845002 | + Email/PDF: cbp@omf.com | Sep 20 2023 20:44:51 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 519845004 | ^ MEBN | Sep 20 2023 20:25:21 | South Jersey Gas, PO Box 6091, Bellmawr NJ 08099-6091 |
| 519845802 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:45:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519845006 | + Email/Text: electronicbkydocs@nelnet.net | Sep 20 2023 20:37:00 | US Dept of Education GLELSI, PO Box 7860, Madison WI 53707-7860 |
| 519878568 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 20 2023 20:45:36 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519845007 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 20 2023 20:31:26 | Wells Fargo Card Services, PO Box 77053, Minneapolis MN 55480-7753 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Sontay L. Spence mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor William A. Spence mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Rebecca K. McDowell | on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8