UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53780
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Exeter Finance LLC

**Order Filed on September 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WILLIAM A. SPENCE
SONTAY L. SPENCE

Case No. 23-11463

Judge: (ABA)

**ORDER FOR SECURED AMOUNT TO BE PAID THROUGH DEBTORS' CHAPTER 13 PLAN,
ADEQUATE PROTECTION PAYMENTS, AND LIEN RETENTION**

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: September 21, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: William and Sontay Spence
Case No: 23-11463
Caption of Order: Order for secured amount to be paid through Debtor's Chapter 13 Plan, adequate protection payments, and lien retention

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for Exeter Finance LLC, with the appearance of Nicholas Stolte, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Exeter Finance LLC ("Exeter") is the holder of a first purchase money security interest encumbering a 2016 Nissan Rogue bearing vehicle identification number KNMAT2MV6GP711717.

2. That the secured amount that Exeter shall be paid through the Debtors' Plan shall be $20,420.54. This amount is reached using the agreed value of the vehicle of $16,300.00, amortized at 9.25% over 60 months.

3. That the Chapter 13 Trustee is hereby directed to make an immediate lump sum adequate protection payment to Exeter in the amount of $1,050.00 through September 2023 and thereafter, each month, commencing October 2023, make monthly adequate protection payments to Exeter in the amount of $150.00. Adequate protection payments to Exeter shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to Exeter. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Exeter until the remaining counsel fees have been paid. The Debtors shall receive a credit for all adequate protection payments made against the total amount to be received by Exeter through the Plan.

4. That Exeter shall retain its lien on the vehicle until the earlier of payment of the underlying debt under non-bankruptcy law, or the Debtors receiving a discharge.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 23-11463-ABA
William A. Spence                                                                             Chapter 13
Sontay L. Spence
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                         User: admin                                       Page 1 of 2
Date Rcvd: Sep 21, 2023                           Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Spence, Sontay L. Spence, 410 Snow Fox Lane, Egg Harbor Township, NJ 08234-8014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor William A. Spence mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Sontay L. Spence mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Rebecca K. McDowell | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 21, 2023 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 8