Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−11463−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William A. Spence
410 Snow Fox Lane
Egg Harbor Township, NJ 08234

Sontay L. Spence
410 Snow Fox Lane
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−6338

xxx−xx−1401

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on December 14, 2023.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 14, 2023
JAN: cm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11463-ABA |
| William A. Spence | Chapter 13 |
| Sontay L. Spence | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 14, 2023 | Form ID: 148 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Spence, Sontay L. Spence, 410 Snow Fox Lane, Egg Harbor Township, NJ 08234-8014 |
| 519844997 | + | Loan Depot, PO Box 251612, Plano TX 75025-1518 |
| 519845001 | | NJ Division of Taxation, 3 John Fitch Way 5th Floor, Trenton NJ 08611 |
| 519867651 | | Pinnacle Svc Sol, Allentown, PA 18102, NO ADDRESS PROVIDED |
| 519845005 | + | Trinity Solar, 133 Gaither Dr, Mount Laurel NJ 08054-1710 |
| 519845008 | + | Westgate, 5601 Windhover Dr, Orlando FL 32819-7936 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2023 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2023 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Dec 15 2023 01:53:00 | Exeter Finance LLC, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Dec 15 2023 01:53:00 | Exeter Finance LLC Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Dec 14 2023 21:54:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| cr | + | EDI: SYNC | Dec 15 2023 01:53:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519844990 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 14 2023 21:54:00 | Atlantic City Electric, Po Box 13610, Philadelphia PA 19101-3610 |
| 519851877 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 14 2023 21:54:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133/ Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 519850237 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Dec 14 2023 21:54:00 | CarMax Auto Finance dba CarMax Business Services,, 225 Chastain Meadows Court,, Suite 210, Kennesaw, GA 30144 |
| 519844991 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Dec 14 2023 21:54:00 | Carmax, PO Box 6045, Carol Stream IL 60197 |
| 519867650 | + | EDI: CITICORP | Dec 15 2023 01:53:00 | Citi Bank, PO Box 70166, Philadelphia, PA 19176-0166 |
| 519868693 | | EDI: Q3G.COM | Dec 15 2023 01:53:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO |

Case 23-11463-ABA    Doc 46    Filed 12/16/23    Entered 12/17/23 00:18:44    Desc Imaged
                                Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: 148 | Total Noticed: 38 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 280, Kirkland, WA 98083-0280 |
| 519844992 | + | Email/Text: bankruptcy@sw-credit.com | Dec 14 2023 21:55:00 | Comcast, co Southwest Credit Systems, 4120 International Pkwy 1100, Carrollton TX 75007-1958 |
| 519844999 | | EDI: CITICORP | Dec 15 2023 01:53:00 | Macys, DSNB, PO Box 8218, Mason OH 45040 |
| 519870947 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 14 2023 21:40:49 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 519849908 | + | EDI: AISACG.COM | Dec 15 2023 01:53:00 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519844993 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 14 2023 21:41:21 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving TX 75063-3228 |
| 519844994 | + | EDI: IRS.COM | Dec 15 2023 01:53:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 519844995 | | Email/Text: mail@jjenkinslawgroup.com | Dec 14 2023 21:54:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519844996 | | Email/Text: assetrecovery@jerseyshorefcu.org | Dec 14 2023 21:53:00 | Jersey Shore FCU, 1434 New Road, Northfield NJ 08225 |
| 519895543 | + | Email/Text: rmcdowell@slgcollect.com | Dec 14 2023 21:54:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519868228 | ^ | MEBN | Dec 14 2023 21:02:47 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519844998 | + | Email/Text: camanagement@mtb.com | Dec 14 2023 21:54:00 | MT Bank, 1 Fountain Pl, Buffalo NY 14203-1495 |
| 519845000 | ^ | MEBN | Dec 14 2023 21:05:53 | Mariner Finance, PO Box 44490, Nottingham MD 21236-6490 |
| 519887182 | | EDI: AGFINANCE.COM | Dec 15 2023 01:53:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519845003 | + | EDI: AGFINANCE.COM | Dec 15 2023 01:53:00 | OneMain, PO Box 740594, Cincinnati OH 45274-0594 |
| 519845002 | + | EDI: AGFINANCE.COM | Dec 15 2023 01:53:00 | Onemain, PO Box 1010, Evansville IN 47706-1010 |
| 519845004 | ^ | MEBN | Dec 14 2023 21:05:15 | South Jersey Gas, PO Box 6091, Bellmawr NJ 08099-6091 |
| 519845802 | + | EDI: SYNC | Dec 15 2023 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519845006 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 14 2023 21:55:00 | US Dept of Education GLELSI, PO Box 7860, Madison WI 53707-7860 |
| 519878568 | | EDI: WFFC2 | Dec 15 2023 01:53:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519845007 | + | EDI: WFFC2 | Dec 15 2023 01:53:00 | Wells Fargo Card Services, PO Box 77053, Minneapolis MN 55480-7753 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Dec 14, 2023 Form ID: 148 Total Noticed: 38

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Sontay L. Spence mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor William A. Spence mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Rebecca K. McDowell | on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8